**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

RICAHRD EVALOO; *et.al.*,

        Plaintiffs,

vs.

PITE DUNCAN LLP; *et.al.*,

        Defendants.

Case No. 2:16–cv–539–APG–VCF

**<u>ORDER</u>**

MOTION TO STAY (ECF NO. 14)

      Before the court is Pite Duncan's motion to stay. (ECF No. 14) Under Local Rule 7-2, Evaloo's response was due on June 17, 2016. As of June 24, 2016, the court has not received Evaloo's response. As the failure to oppose a motion constitutes consent to the granting of that motion, Pite Dunacan's motion to stay is granted. LR 7-2(d). Additionally, after reviewing the motion to stay (ECF No. 14) and the pending motion to dismiss (ECF No. 9), the court finds that there is good cause to grant Pite Duncan's motion to stay.

      ACCORDINGLY, and for good cause shown,

      IT IS HEREBY ORDERED that Pite Duncan's motion to stay (ECF No. 14) is GRANTED.

      IT IS FURTHER ORDERED that discovery is stayed pending a decision on the motion to dismiss. (ECF No. 9) A discovery plan and scheduling order is due within 30 days of a decision on the motion to dismiss.

      IT IS FURHTER ORDERED that a status conference is set for December 22, 2016 in a courtroom

/// /// ///

/// /// ///

/// /// ///

1

to be determined.

    IT IS SO ORDERED.

    DATED this 24th day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE